IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

NIRALI LOPEZ GOMEZ,

    Plaintiff,

v.                                              2:23-CV-086-Z-BR

TYSON FOODS, INC., *et al.*,

    Defendants.

## NOTICE

Before the Court is Plaintiff's Voluntary Dismissal Without Prejudice (ECF No. 11), filed on June 26, 2023. The filing is "a notice of dismissal" filed "before the opposing party serve[d] either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendants have done neither. Plaintiff is entitled to voluntary dismissal without prejudice because a "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

June 27, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE